UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08MJ638 |
| vs. | ORDER |
| Cota-Cota | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

On order of the United States District/Magistrate Judge, LEO S. PAPAS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jose Vasquez-Franco

DATED: 3/18/08

LEO S. PAPAS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED 2008 MAR 18 P 4:22 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by

Deputy Clerk